IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JUAN A. RIVERA, JR., | : | |
|---|---|---|
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | NO. 10-2790 |
| v. | : | |
| | : | |
| RAY MABUS, SECRETARY, U.S DEPARTMENT OF THE NAVY, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

AND NOW, this 22nd day of March 2011, upon consideration of Defendant's Motion to Dismiss for Lack of Jurisdiction (Doc. No. 6), Plaintiff's Response in Opposition (Doc. No. 9), and Defendant's Reply in Further Support of Motion to Dismiss (Doc. No. 10), it is ORDERED that Defendant's Motion is GRANTED and the case will be dismissed without prejudice to Plaintiff's right to refile in the United States Court of Appeals for the Federal Circuit. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:


/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.